UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LORI CHAPMAN,

                        Plaintiff,                         **ORDER**

         -against-

 DESIMONE FARMS, INC.,                23-CV-1088 (PMH)

                       Defendant.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The case management conference scheduled in this matter for November 12, 2024 is converted to a pretrial conference and adjourned to **December 5, 2024 at 10:30 a.m.** in Courtroom 520 of the White Plains courthouse.

      Moreover, the parties shall, by **November 15, 2024 at 5:00 p.m.**, meet and confer and file those materials required by Rule 6(B) of this Court's Individual Practices.

Dated: White Plains, New York
       October 18, 2024

                              SO ORDERED:

                              _____
                              Philip M. Halpern
                              United States District Judge