UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORI CHAPMAN,

                              Plaintiff,

                -against-

DESIMONE FARMS, INC.,

                              Defendant.

**ORDER**

23-CV-01088 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person pretrial conference on December 5, 2024.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Proposed Joint Pretrial Order and file, by **January 17, 2025**, an amended Proposed Joint Pretrial Order.

2. The parties shall meet and confer and file by **January 17, 2024,** a proposed brief Summary of the Case to be read to the jury pool during voir dire.

3. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **January 17, 2024**, a revised joint proposed Verdict Sheet.

4. The parties shall meet and confer regarding objections in the Proposed Jury Instructions and file, by **January 17, 2024**, amended Proposed Jury Instructions.

5. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail.

6. A final pretrial conference has been scheduled for **February 3, 2025 at 12:00 p.m.**

7. This case is scheduled as the primary backup case that may proceed in place of the primary case that is scheduled for trial on **February 18, 2025,** if that primary case does not go forward. The parties are on five days' trial notice as of **January 17, 2025**.

See Transcript.

An Order of Reference to the Magistrate Judge for a settlement conference will be docketed separately.

SO ORDERED:

Dated: White Plains, New York
       December 5, 2024

_____
Philip M. Halpern
United States District Judge