UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LORI CHAPMAN,

                        Plaintiff,

            -against-                              **ORDER**

DESIMONE FARMS, INC.,                      23-CV-1088 (PMH)

                        Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       The parties are hereby notified that this matter will proceed to trial on **February 18, 2025**. All parties and counsel shall appear on that date at 9:00 a.m. in a courtroom to be determined at the White Plains courthouse located at 300 Quarropas Street, White Plains, New York 10601. The parties are directed to immediately notify the Court if they have reached a settlement.

Dated:  White Plains, New York             SO ORDERED:
          January 7, 2025

                                                      Philip M. Halpern
                                                      United States District Judge